UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ******************************* * <br> SUNNY BAYE                                   * <br>                                                         * <br>         Plaintiff,                               * <br>                                                         * <br> vs.                                                 * <br>                                                         * <br> OXFORD LAW, LLC, and                * <br> AUDUBON RECOVERY, LLC      * <br>                                                         * <br>         Defendants.                         * <br> ******************************* * | Civil Action No. 2:15-cv-01337 |

## NOTICE OF DISMISSAL AS TO DEFENDANT AUDUBON RECOVERY, LLC ONLY

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of Louisiana, Plaintiff's Notice of Dismissal of Case With Prejudice as to Defendant Audubon Recovery, LLC only, a copy of which is herewith served upon Defendant.

Dated: August 18, 2015.

Respectfully submitted,

/s/ Ashley J. Scott
Ashley J. Scott
LA State Bar No. 34081
Law Office of Ashley J. Scott, PLLC
4707 Eigel St.
Houston, TX 77007
Telephone: (888) 595-9111 ext. 275
Facsimile: (866) 317-2674
ashley@ajscottlaw.com

*Of-counsel Thompson Consumer Law Group, PLLC*

1

**Correspondence address**

Thompson Consumer Law Group PLLC
5235 E. Southern Ave D106-618
Mesa, AZ 85206
tclg@consumerlawinfo.com

Attorneys for Plaintiff Sunny Baye


Filed electronically on August 18, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on August 18, 2015.

s/Tracy Neverman
Tracy Neverman